# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

York County and Nazareth Baptist Church of Rock Hill, Inc., Defendants,

of whom York County is Petitioner,

v.

South Carolina Department of Health and Environmental Control and C & D Management Company, LLC, Respondents.

Appellate Case No. 2012-212041

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From The Administrative Law Court
Carolyn C. Matthews, Administrative Law Judge

---

Opinion No. 27387
Heard May 6, 2014 – Filed May 14, 2014

---

## CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED

---

Amy Elizabeth Armstrong, of South Carolina Environmental Law Project, of Pawleys Island, for Petitioner.

W. Thomas Lavender, Jr., Leon C. Harmon, and Joan W. Hartley, all of Nexsen Pruet, LLC, of Columbia, and Susan A. Lake, of Columbia, for Respondents.

**PER CURIAM:**  We granted certiorari to review the court of appeals' opinion in *York County v. South Carolina Department of Health & Environmental Control*, Op. No. 4940 (S.C. Ct. App. filed Feb. 8, 2012), which affirmed the administrative law court's final order upholding the South Carolina Department of Health and Environmental Control's issuance of a commercial construction, demolition waste and land-clearing debris landfill to C&D Management Company, LLC.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, KITTREDGE, HEARN, JJ., and Acting Justice James E. Moore, concur.**